```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 17-04980-RNO
Kyle Edward Barney                                                 Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini            Page 1 of 1           Date Rcvd: Apr 11, 2018
                             Form ID: ordsmiss         Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db             +Kyle Edward Barney,    1426 Line Road,    Delta, PA 17314-9085
5020492         CACH, LLC its successors and assigns as assignee,    of General Electric Capital Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4998744        +FedLoan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
4998746        +Lendmark Financial Services,    1735 North Brown Road, Suite 300,    Lawrenceville, GA 30043-8228
5002370        +Medallion Bank,   c/o Systems & Services Technologies, Inc,    PO Box 9013,
                 Addison, Texas 75001-9013
4998748        +Purcell, Krug & Haller,    1719 North Front Street,    Harrisburg, PA 17102-2392
4998749        +SST / Medallion,    PO Box 3999,    St. Joseph, MO 64503-0999
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4998743        +E-mail/Text: bankruptcygroup@apgfcu.com Apr 11 2018 19:15:42      APG Federal Credit Union,
                 Apg Federal Credit Union,    Po Box 1176,    Aberdeen, MD 21001-6176
4998745        +EDI: IIC9.COM Apr 11 2018 23:05:00      IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
4998747         E-mail/Text: blegal@phfa.org Apr 11 2018 19:16:07      PA Housing Finance Agency,
                 211 North Front Street,    PO Box 8029,    Harrisburg, PA 17105-8029
4998901        +EDI: PRA.COM Apr 11 2018 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5008386         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 19:16:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5009666        +E-mail/Text: blegal@phfa.org Apr 11 2018 19:16:07      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
5021312         EDI: AIS.COM Apr 11 2018 23:03:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +Pennsylvania Housing Finance Agency,    211 North Front street,    Harrisburg, PA 17101-1406
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Medallion Bank bkgroup@kmllawgroup.com
              Leon P Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Kyle Edward Barney pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kyle Edward Barney<br>**Debtor(s)** | Chapter 13 |
| | Case No. 1:17−bk−04980−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: April 11, 2018

By the Court,

*[signature: Robert N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk